IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-CV-02558

PHILIP REMENESKI

    Plaintiff

v.

ASPENWOOD CONDOMINIUM ASSOCIATION, INC., a non-profit corporation, CHARLES WISOR, SHERRA WEIL, DAVID HEINS, DAVID LOEB, JERRY NEURAUTER and BRAD LEISURE

---

STIPULATED MOTION TO REMAND

---

    The parties, by and through counsel and pursuant to 28 U.S.C.A. §§ 1441 and 1447, move that this Court remand this action to Pitkin County District Court, Pitkin County, Colorado.

1. A Notice of Removal was filed with this Court on December 10, 2007.

2. The parties agree that this case should be remanded to Pitkin County District Court, Pitkin County, Colorado.

    WHEREFORE, the parties respectfully request(s) that the Court grant this motion and remand this case to Pitkin County District Court, Pitkin County, Colorado.

    Dated: December 18, 2007

OATES, KNEZEVICH, GARDENSWARTZ & KELLY P.C.


      */s/ Maria Morrow*
Maria Morrow
533 E. Hopkins Avenue, Third Floor
Aspen Colorado 81611
(970) 920-1700
*Counsel for Defendant Aspenwood*


JOHN M. LASSALETTE, P.C.


      */s/ John M. Lassalette*
John M. Lassalette
1280 S. Ute Ave, Suite 10
Aspen CO 81611-2259
Phone: 970-544-6470 Fax: 970-925-2442
E-mail: lassalette@hotmail.com
*Attorney for Plaintiff*