IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
U.S. MAGISTRATE JUDGE GUDRUN J. RICE

Civil Action No. 07-cv-02558-JLK-GJR

PHILIP REMENESKI,

    Plaintiff,

v.

ASPENWOOD CONDOMINIUM ASSOCIATION, INC.,
a non-profit corporation,
CHARLES WISOR,
SHERRA WEIL,
DAVID HEINS,
DAVID LOEB,
JERRY NEURAUTER, and
BRAD LEISURE,

    Defendants.

## RECOMMENDATION OF MAGISTRATE JUDGE

This matter comes before the court on the parties' stipulated motion to remand.

Pursuant to 28 U.S.C. § 636(b)(1)(A) and (B) and Fed.R.Civ.P. 72(a) and (b) this matter is before the undersigned on a December 18, 2007 Order of Reference by Senior District Court Judge John L. Kane.

The parties, by and through counsel and pursuant to 28 U.S.C.A. §§ 1441 and 1447, have moved this court to remand this action to Pitkin County District Court, Pitkin County, Colorado.

Considering that an order of remand is case dispositive, and in accordance with D.C.Colo.L.CivR 72.1 (C)(3), I make a recommendation that the parties stipulated motion to remand be granted.

## PROCEDURAL HISTORY

The plaintiff Philip Remeneski filed a complaint and jury demand (Doc 1-2) and amended complaint and jury demand (Doc. 1-5) against the Defendants Aspenwood Condominium Association, Inc. *et al.* in the Pitkin County District Court, Case Number 2007 CV10.

On December 10, 2007 the Defendants filed a Notice of Removal to the United States District Court for the District of Colorado on the grounds of subject matter jurisdiction based upon the diversity of citizenship of the parties. Plaintiff is a resident of Minnesota and all Defendants are citizens of Colorado. (Doc. 1)

On December 26, 2008 the parties filed a stipulated motion to remand this action to the Pitkin County District Court, Pitkin County, Colorado. The parties agree that this case should be remanded to Pitkin County District Court, Pitkin County, Colorado. The parties jointly move the Court to grant the motion and to remand this case to Pitkin County District Court, Pitkin County, Colorado. (Doc. 6)

## FINDINGS

A Notice of Removal was filed with this court on December 10, 2007.

The Parties agree that this case should be remanded to Pitkin County District Court, Pitkin County, Colorado.

## RECOMMENDATION

Having reviewed the file, having reviewed the parties' Stipulated Motion to Remand, having reviewed the provisions of 28 U.S.C.A. §§ 1441 and 1447, and being fully advised, I recommend that the Stipulated Motion to Remand be GRANTED and that the above captioned case be REMANDED to Pitkin County District Court, Pitkin

County Colorado.

FURTHER, IT IS ORDERED that pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed.R.Civ.P. 72(b), the parties have 10 days after service of this recommendation to serve and file specific, written objections. A party's failure to serve and file specific, written objections waives *de novo* review of the recommendation by the district judge, Fed.R.Civ.P. 72(b); *Thomas v. Arn*, 474 U.S. 140, 147-48 (1985) and also waives appellate review of both factual and legal questions. *In re Key Energy Resources, Inc.* 230 F.3d 1197, 1199-1200 (10th Circuit 2000). A party's objection to this recommendation must be both timely and specific to preserve an issue for *de novo* review by the district court or for appellate review. *United States v. One Parcel of Real Property*, 73 F.3d 1057, 1060 (10th Circuit 1996).

DATED: January 15, 2008 at Grand Junction, Colorado.

BY THE COURT:

s/ Gudrun J. Rice

Gudrun J. Rice
United States Magistrate Judge