IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge John L. Kane**

Civil Action No. **07-cv-2558-JLK-GJR**

**PHILIP REMENESKI**

    Plaintiff,

v.

**ASPENWOOD CONDOMINIUM ASSOCIATION, INC., a non-profit corporation,
CHARLES WISOR,
SHERRA WEIL,
DAVID HEINS,
DAVID LOEB,
HERRY NEURAUTER, and
BRAD LEISURE,**

    Defendants.

---

## ORDER
---

**Kane, J.**

This matter is before the me on the Recommendation of Magistrate Judge (doc. #9), entered on January 15, 2008. I adopt the recommendation of the Magistrate Judge that this case should be remanded to the Pitkin County District Court. Given that the underlying motion was stipulated, I find that the 10 days for the filing of objections is unnecessary. It is, therefore

ORDERED that the Recommendation of Magistrate Judge is ADOPTED and made an order of this court. The Motion to Remand (doc. #6) is GRANTED. This case is REMANDED to the Pitkin County District Court, Pitkin County, Colorado.

    Dated: January 16, 2008

                                      BY THE COURT:

                                      *S/John L. Kane*
                                      JOHN L. KANE, SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT